## BAUMAN v. MONTGOMERY.

Court of Appeals of Kentucky.

(Decided Feb. 3, 1933.)

FRED F. BAUMAN for movant.

HUBERT SIRLES, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## CRAIG v. GARRISON.

Court of Appeals of Kentucky.

(Decided Feb. 3, 1933.)

JOHN H. GILLIAM and GEORGE W. MEUTH for movant.

RODES K. MYERS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## STEWART v. RANDALL.

Court of Appeals of Kentucky.

(Decided Feb. 3, 1933.)

B. J. BETHURUM for movant.

H. C. KENNEDY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.